IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARIA BELBIS and TINA WARREN,
individually, and on behalf of a class of
employees, similarly situated, and MARIA
BELBIS, TINA WARREN, TIFFANY
TAYLOR, DOROTHEA PURNELL,
SHERLY NELLA, and all others who have
had a consent to join filed in this case as to
Count III,

     Plaintiffs,

v.

COUNTY OF COOK,

     Defendant.

No. 01C 6119

JUDGE JOHN W DARRAH

**Trial by Jury Demanded**

MAGISTRATE JUDGE DENLOW

**DOCKETED**

AUG 1 0 2001

## CLASS ACTION COMPLAINT FOR INJUNCTION, ACCOUNTING AND JUDGMENT FOR OVERTIME AND BACK WAGES

NOW COME the plaintiffs, MARIA BELBIS and TINA WARREN, individually, and on

behalf of all others similarly situated ("Nurses"), pursuant to 735 ILCS 5/2-801 *et seq.* Class

Actions; 820 ILCS 105/1 *et seq.*, commonly known as the Illinois Minimum Wage Law; and 820

ILCS 115/1 *et seq.*, commonly known as the Wage Payment and Collection Act; and MARIA

BELBIS, TINA WARREN, TIFFANY TAYLOR, DOROTHEA PURNELL, SHERLY NELLA,

and all others who have had a consent to join filed in this case as to the Fair Labor Standards Act,

29 U.S.C. 201 *et seq.*, by and though their undersigned attorneys, and against the defendant,

COUNTY OF COOK ("COOK COUNTY"), and in support of their complaint, state as follows:

46487 751

1

## The Parties and Jurisdiction

1.     At all relevant times complained of herein, defendant, COOK COUNTY, was a local unit of government, located and doing business in the City of Chicago, County of Cook, and State of Illinois.

2.     At all relevant times complained of herein, defendant, COOK COUNTY, operates a hospital ("Cook County Hospital") that provides medical services to the general public.

3.     At all relevant times complained of herein, Cook County Hospital was located in the City of Chicago, County of Cook, and State of Illinois.

4.     At all relevant times complained of herein, plaintiffs were employed as medical nurses at Cook County Hospital.

5.     At all times relevant herein, there existed in full force and effect a certain state statute that provides for the prerequisites to a class action (735 ILCS 5/2-801) as well as a certain federal statute that provides for a collective action (29 U.S.C. § 216(b)).

6.     The class consists of nurses employed by COOK COUNTY who contend they have not received the accurate amount of earned wages for the services performed by them, as required by the Illinois Minimum Wage Law (820 ILCS § 105), Illinois Wage Payment and Collection Act (820 ILCS § 115) and the federal Fair Labor Standards Act (29 U.S.C. § 201).

7.     The named plaintiffs will fairly and adequately protect the interests of the class, as they are members of the class. All class members will receive proper, efficient and appropriate protection of their interests by the named plaintiffs, as they are not seeking relief that is antagonistic to the members of the class. Additionally, the attorneys for the named plaintiffs are qualified, competent, experienced and ultimately capable to prosecute the action on behalf of the

46487 751                                        2

class, as they have successfully prosecuted class action lawsuits in the past and are currently prosecuting class action lawsuits.

8.     This action arises under the federal Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* ("FLSA") and the federal common law created and existing pursuant to FLSA.

9.     Jurisdiction over this action is based upon 29 U.S.C. § 1132(e)(1) and 28 U.S.C. § 1331 with supplemental jurisdiction based upon 28 U.S.C. § 1367.

10.     Venue is proper in this Court pursuant to 29 U.S.C. § 1132(e)(2) and 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the claim occurred within this judicial district.

## Count I - Illinois Minimum Wage Law

NOW COME Plaintiffs MARIA BELBIS, individually, and TINA WARREN, individually, and on behalf of a class of similarly situated employees, complain against defendant, COOK COUNTY, as follows:

1-10.     Plaintiffs repeat and reallege paragraphs one (1) through ten (10) of Parties and Jurisdiction section as paragraphs one (1) through ten (10) of this Count I, with the same force and effect as though fully set forth herein.

11.     That the plaintiffs and the class they represent are or were nurses who are due, and who have not been paid, for all hours worked under the provisions of the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.* ("Minimum Wage Law") for an undisclosed period of time, at least since 1981, to the present.

12.     The Minimum Wage Law provides the following definition of an "employee":

[A]ny individual permitted to work by an employer in an occupation . . .

(See 820 ILCS 105/3).

13.    That each of the plaintiffs was, or still is, an employee of defendant, COOK COUNTY, located and doing business in the City of Chicago, County of Cook, and State of Illinois.

14.    The Minimum Wage Law provides the following definition for "employer":

> [A]ny individual, partnership, association, corporation, business trust, governmental or quasi-governmental body, or any person or group of persons acting directly or indirectly in the interest of an employer in relation to an employee, for which one or more persons are gainfully employed on some day within a calendar year. (See 820 ILCS 105/3).

15.    That defendant, COOK COUNTY, is subject to the provisions of said laws and is an employer within the meaning of the Minimum Wage Law, and COOK COUNTY maintains its registered office in the County of Cook and City of Chicago at 118 North Clark Street, Chicago, IL 60602 and the Cook County Clerk, David Orr, at 69 West Washington, 5th Floor, Chicago, IL 60602.

16.    That defendant, COOK COUNTY, is an employer of the plaintiffs within the meaning of the Minimum Wage Law in that, among many other things, it controls how many hours plaintiffs worked, whether plaintiffs were paid for all hours worked and whether they were paid time and one-half their regular rate of pay for hours worked in excess of forty (40).

17.    That the plaintiffs and the class they represent were not paid for all hours worked in that they were not paid for, *inter alia*, post-shift responsibilities such as completing reports, finalizing patient care and briefing the incoming shift; pre-shift responsibilities such as preparing work schedules; mandatory attendance at training sessions; and they incurred excessive pay-docking for tardiness, all during an undisclosed period of time, at least since 1981, to the present, and all in violation of the Minimum Wage Law (820 ILCS 105/4).

46487 751                                                  4

18.     That the Court should certify this suit as a class action and determine the rights of the parties as to the individual plaintiffs and as to the class's back pay, any damages due, pursuant to 820 ILCS 105/12, with prejudgment interest pursuant to 815 ILCS 205/2; and the Court should direct the defendant to account for all of said back wages, penalties and prejudgment interest thereon, due the plaintiffs and the class they represent.

19.     That this suit is brought pursuant to 735 ILCS 5/2-801 as a class action because the class or subclasses of plaintiffs is so numerous that joinder of all members is impracticable. It is further impracticable, at this time, to discover the numerous members of the class similarly situated to the plaintiffs, or to join said members as parties to this suit. Plaintiffs, therefore, bring this action on their own behalf as aggrieved employees, and in their representative capacity as aggrieved employees, against the defendant. All class plaintiffs and the individual plaintiffs are equally affected by the alleged failure to pay for all hours worked and the overtime pay violations of the defendant and its failure to pay overtime wages; and the relief sought is for the benefit of the individual plaintiffs, and the class they represent, and against the defendant.

20.     That the issues involved in this cause present common questions of law and fact; and, these common questions of law or fact predominate over the variations which may exist between members of the class and subclasses, if any. The individual plaintiffs and defendants, and the class plaintiffs and defendants, have a commonality of interest in the subject matter and remedy sought, to wit, back pay plus penalties, interest, attorney fees and cost of the lawsuit. The individual plaintiffs believe and assert that they are able, fairly and adequately, to represent and to protect the interest of the class. If individual actions were required to be brought by each of the class plaintiffs injured or affected, it would necessarily result in a multiplicity of lawsuits, creating a hardship to the individual plaintiffs and to the Court, as well as to the defendant.

46487 751

Accordingly, a class action is an appropriate method for the fair and efficient adjudication of this controversy and distribution of the common fund to which the class is entitled.

21.     That the books and records of the defendant, COOK COUNTY, are material to the plaintiffs' case as they disclose the hours worked by each employee and what each employee was paid for that work.

## Prayer for Relief

WHEREFORE, plaintiffs, MARIA BELBIS, individually, and TINA WARREN, individually, and on behalf of a class of similarly situated employees that they represent, ask the Court to enter judgment in their favor and, against COOK COUNTY, for the following relief:

A.     For a judgment for all back wages due, as provided by the Minimum Wage Law, 820 ILCS 105/1 *et seq.*;

B.     For prejudgment interest on the back wages in accordance with the Minimum Wage Law, 815 ILCS 205/2;

C.     For punitive damages in the amount of 2% of the amount of any such underpayments for each month following the date of payment during which such underpayments remain unpaid under the Minimum Wage Law, 820 ILCS 105/12;

D.     For reasonable attorney fees and costs of this action as provided by the Minimum Wage Law, 820 ILCS 105/12;

E.     That this Court determine the rights of the parties and direct the defendant to account for all hours worked and wages paid to the class members during the temporality of the class;

F.     That this Court enter an injunction requiring the Defendant to comply with the Minimum Wage Law in the future; and

46487 751

G.     For such other relief as this Court may deem just and equitable.

## Count II - Illinois Wage Payment and Collection Act

NOW COME Plaintiffs MARIA BELBIS, individually, and TINA WARREN, individually, and on behalf of a class of similarly situated employees, complain against defendant, COOK COUNTY, as follows:

This cause of action arises out of the identical nucleus of operative facts as in Count I.

1-10.   Plaintiffs repeat and reallege paragraphs one (1) through ten (10) of Parties and Jurisdiction section as paragraphs one (1) through ten (10) of this Count II, with the same force and effect as though fully set forth herein.

11.     At all relevant times complained of herein, there existed in full force and effect a certain statute in the State of Illinois, the Illinois Wage Payment and Collection Act ("Wage Act"), which stated, in pertinent part, as follows:

> [T]his Act applies to all employers and employees in this State, including employees of local government. . . .

(See 820 ILCS 115/1).

12.     At any and all times relevant hereto, at defendant's request, plaintiffs and the class they represent performed services for the defendant.

13.     Defendant promised to pay plaintiffs and the class they represent for said work at rates that varied during the relevant time period. Pursuant to the Wage Act, 820 ILCS 115/1 *et seq.*, plaintiffs are entitled to be paid for these wages for all hours worked.

14.     That the plaintiffs and the class they represent were not paid for all hours worked in that they were not paid for, *inter alia*, post-shift responsibilities such as completing reports, finalizing patient care and briefing the incoming shift; pre-shift responsibilities such as preparing

46487 751                                    7

work schedules; mandatory attendance at training sessions; and they incurred excessive pay-docking for tardiness, all during an undisclosed period of time, at least since 1981, to the present, and all in violation of 820 ILCS 115/4; and, as a direct and proximate result thereof, plaintiffs and the class they represent have been damaged in an unknown amount.

15. Plaintiffs requested production of document(s) that would account for the discrepancy in the amount of wages that should have been paid and the amount of wages actually paid.

16. Defendant failed to provide such documentation that would sufficiently exhibit the cause of the existence of said discrepancies in the wages received.

17. The Wage Act explicitly mandates that employers provide employees with records of wages paid and an itemized statement of deductions taken from pay, 820 ILCS 115/10.

18. Notice was given pursuant to 705 ILCS 225/1 (a copy is attached as Exhibit A).

## **PRAYER FOR RELIEF**

WHEREFORE plaintiff, MARIA BELBIS, individually, and TINA WARREN, individually, and on behalf of a class of similarly situated employees that they represent, ask the Court to enter judgment in their favor, and against COOK COUNTY, for the following relief:

A. To order defendant to make an accounting of all the hours worked and wages paid to the plaintiffs and to each and every class member they represent for an undisclosed period of time, at least since 1981, to the present;

B. To award the plaintiffs and everyone in the class they represent, the back wages due, plus prejudgment interest at the statutory rate pursuant to 815 ILCS 205/2;

C. To enter an injunction requiring defendant to comply with the Illinois Wage Payment and Collection Act in the future;

D.     For reasonable attorney fees and costs pursuant to section 225/1 of the Attorneys

Fees in Wages Actions Act (705 ILCS 225/1); and

E.     For such other and further relief as may be just in law and equity.

### Count III - Fair Labor Standards Act

NOW COME the Plaintiffs MARIA BELBIS, TINA WARREN, TIFFANY TAYLOR,

DOROTHEA PURNELL, SHERLY NELLA, and all others who have had a consent to join filed

in this case, and complaining of the defendant, COOK COUNTY, pursuant to 29 U.S.C. 201 *et*

*seq.*, commonly known as the Fair Labor Standards Act ("FLSA"), allege:

This cause of action arises out of the identical nucleus of operative facts as in Count I.

1-10.   Plaintiffs repeat and reallege paragraphs one (1) through ten (10) of Parties and

Jurisdiction section as paragraphs one (1) through ten (10) of this Count III, with the same force

and effect as though fully set forth herein.

11.     Defendant is subject to the jurisdiction of this Court as an employer of the

plaintiffs pursuant to §3(d) of the FLSA, 29 U.S.C. §203(d).

12.     At all times relevant to this action, the defendant has employed and continues to

employ a substantial number of employees at Cook County Hospital.  At all times relevant to this

lawsuit the defendant and its said employees, including the plaintiffs, have been and remain

engaged in commerce with the meaning of §3(b) of the FLSA, 29 U.S.C. §203(b).

13.     At all relevant times complained of herein, Cook County Hospital was and is an

employer within the meaning of the FLSA.

14.     As required by 29 U.S.C. §216(b), written consents of each of the following

plaintiffs have been attached hereto as Exhibit B:

Eyvonne Adams, Delerose Adetoro, Ernesto Agron, Mayflor Agustin, Gwendolyn



Agyeman, Merle Alperto, Uloma Alozil, Rosalina Andrade, Norma L. Arciaga, Virginia Arquines, Annie Augustin, Betty Augustine, Linda Bailey, Michelle Bailey, Leoria Baria, Maria Belbis, Judy Bernardo, Brandon Bernasor, David Beverly, Aida Bilyeu, Margaret Blake, Deborah Blaney, Stacye Bonner, Magnolia Bowman, Sharon Brocks, Velma D. Browl, Fay Burgess, Mary Bussey, Esperanza Camacito, Jacqueline Carr, Lourdes A. Castillo, Epifalia Cezar, Chill Chang, Doris Childs-Walker, Martese Chism, Kyangae Choe, Mary Choe, Sherly Chorath, Nora Christopher, Hyunsook Chun, Varannee Chuntrauasem, Michael Cleofe, Adrienne Cleveland, Lydia Cometa, Bienvenida Consuelo, Shirley Cook, Cherie Cordero, Rose Sharon Cordero, Mary Elizabeth Curtis, Elaine Daniels, Clara Davis, Gloria Davis, Estretta De La Vega, Maria Deang, Melissa Delapena, Joela Deleon, Eva Devarosa, Anna Devid, Brenetta Dickerson, Yvonne Dill, Lenaida Dimailig, Zenaida Dungca, Alice Eaton, Chimatara Ebirim, Virginia Ebiringah, Willie Ann Edwards, Linda Eledan, Mary John Elengical, Jenny Enrique, Edna Estavillo, Gina Eugenio, Isabel Faircloth, Phoebe Fajardo, Luzyiminda Famanas, Eva Fernandez, Kelly Flynn, Eunice Fondren, Mary Francis, Cristina Frederick, Arlene Fruel, Ann Fierson, Gloria Gaslor, Grace George, Rosily George, Salomy George, Susan Mathew George, Stacey Golden, Elizabeth Goosby, Debra Graham, Ruby Greer, Dehlia Guingguing, Gloria Hallmark, Leonila Harting, Annie Henderson, Nichelle Henderson, Victoria Hill, Sharon Hollivay, Eloise Hunt, Urai Hunvanioh, Karin Hymel, Bokhee Hyun, Theresa Ibeabuchi, Carmelita Ico, Choi Ine, Joann Ivy, Ann P. Jackson, Perla F. Jagonase, Alma Jaromahum, Jacquelyn Jefferson, Mary Jenkins, Aleyamma John, Clarene Johnson, Maryann Johnson, Theresa Johnson, Yvette Johnson, Cynthia Jones, Maeon Jones, Patricia A. Jones, Roann Jones, Beverly Joseph, Elsy Joseph, Mary Joseph, Mary Kutty Joseph, Marina Jubac, Thresia Kutty Joy, Seok-Sook Jung, Lillian Junius, Aley Kalladanthyil, Jeong Hee Kang, Darlene Kedzior, Aleyamma Keny, Saraf Khan, Cheong Ja Kim, Hyun Kim, Yousan Kim, Mony Koshy, Jolly Kuncheria,Thankamma Kuriakose, Leelamma Kurian, Donna LaGuardia, Frances Laqui, Almatha Larry, Julieta Lavarez, Joann Lawrence-Allen, Beverly Kay Layne, Elizabeth Lee, Adaphne Leroy, Rita Littlejohn, Lydia Lood, Deborah Lowery, Molly Kutty Lukose, Mariamma Lukose, Jiji Lurose, Betty Lyles, Adaku N. Madubuko, Araceli Magundayao, Maria Mahmood, Hercules Annette Mahone, Accamma Maliakal, Edna Malik, Yolanda Manan, Maria Marzo, Rosita Marzo, Martha Mason, Aleyamma Mathew, Mary Kutty Mathew, Lerma Matthews, Margaret Maxwell, Milagros McChrystal, Tisha Harris Milsap, Sandra McCurry, Robert McGee, Willa Mitchell, Loris Monegaio, Carmen Montgomery, Kina Montgomery, Elizabeth Moore, Francis Moore, Sheryl Moore, Nancy Morton, Annie Moton, Milagros Muveta, Stella Mwakyoma, Rema Nair, Radhamani Nair, Blangafor Naron, Sherly Nella, Sally Nwafor, Ukachi Nwankpa, Josephine Nwawueze, Joy Nwigwe, Jerlean Nwokocha, Ifeanyi Nwokocha, Joanna Nwokocha, Adelila Obana, Loretta Odom, Chiazor Okafor, Clementine Okoji, Adeyooye Oluwayinka, Megan Owens, Lucy Owusu, Noel Paet, Shirley Paloma, James Pandazides, Kanchan Panchal, Cristina Pantaleon, Okja Park, Phylomina Paul, Tonie Renee Payne, Mary Ruth Peacock, Tanya Peaks, Jovita Peppers, Rosie Perry, Mary Philip, Eula Pierre, Anabelle Pinkerton, Libby Pokornik, Sandra Powell, Yupa Praditpan, Dorothea Purnell, Mary Raab, Alelita Ramos, Rizaluna Ramos, Emma Rarang, Shoba Reniguntala, Josephina Reyes, Datie Rhone, Joyce Richardson, Estrella Rigodon, Abnir Rodriguez, Irma Roque, Kathryn Ross, Emma Roundtree, Rosie Roy-Garcia, Anita Rubi, Jose G. Sagadraca, Marina Sales, Estela Sanchez, Judy Sanders, Rhonda Sanders, Souja Sanson, Sheryl Scarlett, Aley Sebastian, Lilia Sebastian, Mary Sebastian, Twitchy Siddiqui, Annamma Singh, Essie Smith, Cheryl Spearman, Andrea Spencer, Ethel Spencer, Mariflor Sumait, Teresita Supelana, Philishia Stokes, Celeste Sutton, Malee Suwanawong, Wilma

Tabotabo, Tiffany Taylor, Christina T. Thilagam, Teresa Thimes, Deenamma Thomas, Lizy Thomas, Malindastine Thomas, Philomina Thomas, Susamma P. Thottathil, Aniceta Timkang, Janet Tims, Nena Tomas, Elizabeth Turner-Echols, Nkechinyere Ugenti, Edita Urgena, Joseph Uy, Aleyamma Varghese, Kuniga Vasavanont, Rosario Velasco, Anita Verdeprado, Buenaventura Vidad, Mark Vild, Letica L. Villaluz, Lalithambika Vojayan, Margaret Walker, Ruth Walker, Belinda Ware, Tina Warren, Cindy Weatherspoon, Deborah Webb, Crystal Williams, Gladys Williams, Louvenia Williams, Willa Williamson, Bernetta Winston, Susan Wissing, Patricia Wormely, Laurie Ziolko.

15.     Defendant is at present, and was at all times hereinafter mentioned, engaged in the performance of related activities through unified operation or common control for a common business purpose and is an enterprise within the meaning of §3(r) of the FLSA, 29 U.S.C. §203(r). At all times relevant to this lawsuit, defendant has had many employees engaged in commerce and has been and remains an establishment of an enterprise engaged in commerce within the meaning of § 3(s)(6) of the FLSA, 29 U.S.C. §203(s).

16.     Defendant is, and at all times material hereto was, a public agency within the meaning of § 3(x) of the FLSA, 29 U.S.C. §203(x).

17.     Defendant has repeatedly and willfully violated, and continues to willfully violate §6 and §7 of the FLSA by failing to pay Plaintiffs and other similarly situated employees or former employees, for the hours worked by such employees in excess of forty (40) hours per week at a rate not less than one and one-half times the regular hourly rate at which such employees were compensated and by failing to pay Plaintiffs straight time for certain hours subsumed within the forty (40) hour work week. 29 U.S.C. §§ 206, 207.

18.     Defendant has repeatedly and willfully violated and continues to violate §7 of the FLSA by requiring Plaintiffs to work more than forty (40) hours per week and then failing to compensate Plaintiff for hours worked by such employees in excess of forty (40) hours per week at a rate of not less than one and one-half times the regular hourly rate of such employees.

19.    Defendant has repeatedly and willfully violated and continues to violate §7 of the FLSA in each of the following ways, among others:

a.    failing to pay plaintiffs straight time and/or overtime for time worked by them during daily pre- and post-shift briefings;

b.    failing to pay plaintiffs straight time and/or overtime for time worked by them during post-shift activities;

c.    failing to pay plaintiffs straight time and/or overtime for time worked by them during training activities;

d.    failing to pay plaintiffs straight time and/or overtime for other time worked by them without compensation while "off the clock";

e.    failing to pay plaintiffs overtime based on the correct rate of overtime pay;

f.    failing to maintain the required records of hours worked and wages paid;

g.    and other violations of the FLSA to be determined during the course of discovery in this matter.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiffs, MARIA BELBIS, TINA WARREN, TIFFANY TAYLOR, DOROTHEA PURNELL, SHERLY NELLA, and all others who have filed a consent to join in this case, ask the Court to enter judgment in their favor, and against the defendant for the following relief:

A.    For a judgment for all back wages due, prejudgment interest in accordance with established federal case law and 815 ILCS 205/2 and liquidated damages, as provided by 29

46487 751

U.S.C. § 216;

      B.      For reasonable attorney fees and costs of this action as provided by 29 U.S.C. §

216;

      C.      That this Court enter an injunction requiring the Defendant to comply with the

Fair Labor Standards Act in the future; and

      D.      Such other and further relief that this Court deems just under the circumstances.

      Respectfully submitted,

      CHILDRESS & ZDEB, LTD.

      By: _____
          Attorneys for Plaintiffs

Michael Childress
Andrew Plunkett
Childress & Zdeb, Ltd.
6 West Hubbard , 5th Floor
Chicago, IL 60610
(312) 494-0200

AND

      PETICOLAS, SHAPLEIGH, BRANDYS & KERN, P.L.L.C.

      By: _____
          Co-counsel for Plaintiffs (Appearing Pro Hac Vice)

David L. Kern
Texas State Bar No. 11334450
Roy R. Brandys
Texas State Bar No. 02883550
Peticolas, Shapleigh, Brandys & Kern, PLLC
701 N. St. Vrain
El Paso, Texas 79902
(915) 542-1983

46243  751

13

EXHIBIT A



**Childress & Zdeb, Ltd.**
Attorneys at Law

6 West Hubbard Street • 5th Floor
Chicago, Illinois 60610
(312) 494-0200
Fax (312) 494-0202

July 27, 2001



Cook County Clerk
David Orr
69 West Washington, 5th Floor
Chicago, IL 60602

## NOTICE PURSUANT TO 225/1 ATTORNEYS FEES IN WAGES ACTION ACT

This letter is to serve as notice pursuant to 225/1 Attorneys Fees in Wages Action Act.

Our firm, Childress & Zdeb, Ltd, represents 258 nurses, currently or previously employed by Cook County Hospital, listed on the attached document. We intend to file a lawsuit that will be brought against the County of Cook for claims under the Illinois Minimum Wage Law, Wage Payment and Collection Act, and Fair Labors Standards Act..

We believe that the claims will be in the approximate amount of $3,000 for each of the 258 nurses listed on the attached document. Therefore, pursuant to the requirement under section 225/1 of the Attorneys Fees in Wages Action Act, we demand $3,000 for each nurse which in aggregate equals $774,000.

You are hereby notified pursuant to 225/1 Attorneys Fees in Wages Action Act.

Respectfully,

CHILDRESS & ZDEB, LTD.

By: *Michael Childress*
Attorneys for Plaintiffs

Michael Childress
Childress & Zdeb, Ltd.
6 West Hubbard
5th Floor
(312) 494-0200

**RECEIVED BY** _____
**DATE** _____
**TIME** _____
**POSITION** _____

## Nurses Currently or Previously Employed by Cook County Intent on Pursuing Lawsuit

Ewonne Adams, Delerose Adetoro, Ernesto Agron, Mayflor Agustin, Gwendolyn Agyeman, Merle Alperto, Uloma Alozil, Rosalina Andrade, Virginia Arquines, Annie Augustin, Linda Bailey, Michelle Bailey, Leoria Baria, Maria Belbis, Judy Bernardo, Brandon Bernasor, David Beverly, Aida Bilyeu, Margaret Blake, Stacye Bonner, Magnolia Bowman, Sharon Brocks, Fay Burgess, Mary Bussey, Esperanza Camacito, Jacqueline Carr, Epifalia Cezar, Chill Chang, Doris Childs-Walker, Martese Chism, Kyangae Choe, Mary Choe, Sherly Chorath, Nora Christopher, Hyunsook Chun, Varannee Chuntrauasem, Michael Cleofe, Adrienne Cleveland, Lydia Cometa, Bienvenida Consuelo, Shirley Cook, Cherie Cordero, Rose Sharon Cordero, Mary Elizabeth Curtis, Elaine Daniels, Clara Davis, Gloria Davis, Estretta De La Vega, Maria Deang, Melissa Delapena, Joela Deleon, Eva Devarosa, Anna Devid, Brenetta Dickerson, Yvonne Dill, Lenaida Dimailig, Zenaida Dungca, Alice Eaton, Virginia Ebiringah, Willie Ann Edwards, Linda Eledan, Mary John Elengical, Jenny Enrique, Edna Estavillo, Gina Eugenio, Isabel Faircloth, Luzyiminda Famanas, Eva Fernandez, Kelly Flynn, Eunice Fondren, Mary Francis, Cristina Frederick, Arlene Fruel, Ann Fierson, Gloria Gaslor, Grace George, Rosily George, Salomy George, Susan Mathew George, Stacey Golden, Debra Graham, Ruby Greer, Gloria Hallmark, Leonila Harting, Annie Henderson, Nichelle Henderson, Victoria Hill, Sharon Hollivay, Eloise Hunt, Urai Hunvanioh, Almatha Hurst, Karin Hymel, Bokhee Hyun, Carmelita Ico, Choi Ine, Joann Ivy, Jacquelyn Jefferson, Mary Jenkins, Aleyamma John, Clarene Johnson, Maryann Johnson, Theresa Johnson, Cynthia Jones, Maeon Jones, Roann Jones, Beverly Joseph, Elsy Joseph, Mary Joseph, Mary Kutty Joseph, Marina Jubac, Thresia Kutty Joy, Seok-Sook Jung, Lillian Junius, Aley Kalladanthyil, Jeong Hee Kang, Darlene Kedzior, Thawkamma Kuriakose, Aleyamma Keny, Saraf Khan, Cheong Ja Kim, Hyn Kim, Mony Koshy, Jolly Kuncheria, Leelamma Kurian, Donna LaGuardia, Frances Laqui, Julieta Lavarez, Joann Lawrence-Allen, Beverly Kay Layne, Elizabeth Lee, Adaphne Leroy, Rita Littlejohn, Lydia Lood, Deborah Lowery, Molly Kutty Lukose, Jiji Lurose, Araceli Magundayao, Hercules Annette Mahone, Accamma Maliakal, Edna Malik, Yolanda Manan, Maria Marzo, Rosita Marzo, Martha Mason, Lerma Matthews, Margaret Maxwell, Milagros McChrystal, Sandra McCurry, Robert McGee, Willa Mitchell, Loris Monegaio, Kina Montgomery, Elizabeth Moore, Francis Moore, Sheryl Moore, Nancy Morton, Annie Moton, Milagros Muveta, Stella Mwakyoma, Rema Nair, Radhamani Nair, Blangafor Naron, Sherly Nella, Sally Nwafor, Ukachi Nwankpa, Josephine Nwawueze, Joy Nwigwe, Ifeanyi Nwokocha, Joanna Nwokocha, Adelila Obana, Clementine Okoji, Adeyooye Oluwayinka, Megan Owens, Lucy Owusu, Noel Paet, Shirley Paloma, James Pandazides, Kanchan Panchal, Cristina Pantaleon, Okja Park, Phylomina Paul, Tonie Renee Payne, Mary Ruth Peacock, Tanya Peaks, Jovita Peppes, Rosie Perry, Mary Philip, Anabelle Pinkerton, Libby Pokornik, Sandra Powell, Yupa Praditpan, Dorothea Purnell, Mary Raab, Alelita Ramos, Rizaluna Ramos, Emma Rarang, Shoba Reniguntala, Josephina Reyes, Datie Rhone, Joyce Richardson, Estrella Rigodon, Abnir Rodriguez, Irma Roque, Kathryn Ross, Rosie Roy-Garcia, Anita Rubi, Marina Sales, Estela Sanchez, Judy Sanders, Rhonda Sanders, Souja Sanson, Sheryl Scarlett, Aley Sebastian, Lilia Sebastian, Twitchy Siddiqui, Annamma Singh, Essie Smith, Cheryl Spearman, Andrea Spencer, Ethel Spencer, Mariflor Sumait, Teresita Suplana, Philishia Stokes, Celeste Sutton, Malee Suwanawong, Wilma Tabotabo, Tiffany Taylor, Teresa Thimes, Deenamma Thomas, Lizy Thomas, Malindastine Thomas, Philomina Thomas, Aniceta Timkang, Janet Tims, Nena Tomas, Elizabeth Turner-



Echols, Nkechinyere Ugenti, Edita Urgena, Joseph Uy, Aleyamma Varghese, Kuniga Vasavanont, Rosario Velasco, Anita Verdeprado, Mark Vild, Lalithambika Vojayan, Ruth Walker, Belinda Ware, Tina Warren, Cindy Weatherspoon, Deborah Webb, Crystal Williams, Gladys Williams, Louvenia Williams, Willa Williamson, Bernetta Winston, Patricia Wormely, Laurie Ziolko.

# EXHIBIT  B

## Class Plaintiffs with Attached Consent Forms

Eyvonne Adams, Delerose Adetoro, Ernesto Agron, Mayflor Agustin, Gwendolyn Agyeman, Merle Alperto, Uloma Alozil, Rosalina Andrade, Norma L. Arciaga, Virginia Arquines, Annie Augustin, Betty Augustine, Linda Bailey, Michelle Bailey, Leoria Baria, Maria Belbis, Judy Bernardo, Brandon Bernasor, David Beverly, Aida Bilyeu, Margaret Blake, Deborah Blaney, Stacye Bonner, Magnolia Bowman, Sharon Brocks, Velma D. Browl, Fay Burgess, Mary Bussey, Esperanza Camacito, Jacqueline Carr, Lourdes A. Castillo, Epifalia Cezar, Chill Chang, Doris Childs-Walker, Martese Chism, Kyangae Choe, Mary Choe, Sherly Chorath, Nora Christopher, Hyunsook Chun, Varannee Chuntrauasem, Michael Cleofe, Adrienne Cleveland, Lydia Cometa, Bienvenida Consuelo, Shirley Cook, Cherie Cordero, Rose Sharon Cordero, Mary Elizabeth Curtis, Elaine Daniels, Clara Davis, Gloria Davis, Estretta De La Vega, Maria Deang, Melissa Delapena, Joela Deleon, Eva Devarosa, Anna Devid, Brenetta Dickerson, Yvonne Dill, Lenaida Dimailig, Zenaida Dungca, Alice Eaton, Chimatara Ebirim, Virginia Ebiringah, Willie Ann Edwards, Linda Eledan, Mary John Elengical, Jenny Enrique, Edna Estavillo, Gina Eugenio, Isabel Faircloth, Phoebe Fajardo, Luzyiminda Famanas, Eva Fernandez, Kelly Flynn, Eunice Fondren, Mary Francis, Cristina Frederick, Arlene Fruel, Ann Fierson, Gloria Gaslor, Grace George, Rosily George, Salomy George, Susan Mathew George, Stacey Golden, Elizabeth Goosby, Debra Graham, Ruby Greer, Dehlia Guingguing, Gloria Hallmark, Leonila Harting, Annie Henderson, Nichelle Henderson, Victoria Hill, Sharon Hollivay, Eloise Hunt, Urai Hunvanioh, Karin Hymel, Bokhee Hyun, Theresa Ibeabuchi, Carmelita Ico, Choi Ine, Joann Ivy, Ann P. Jackson, Perla F. Jagonase, Alma Jaromahum, Jacquelyn Jefferson, Mary Jenkins, Aleyamma John, Clarene Johnson, Maryann Johnson, Theresa Johnson, Yvette Johnson, Cynthia Jones, Maeon Jones, Patricia A. Jones, Roann Jones, Beverly Joseph, Elsy Joseph, Mary Joseph, Mary Kutty Joseph, Marina Jubac, Thresia Kutty Joy, Seok-Sook Jung, Lillian Junius, Aley Kalladanthyil, Jeong Hee Kang, Darlene Kedzior, Aleyamma Keny, Saraf Khan, Cheong Ja Kim, Hyun Kim, Yousan Kim, Mony Koshy, Jolly Kuncheria,Thankamma Kuriakose, Leelamma Kurian, Donna LaGuardia, Frances Laqui, Almatha Larry, Julieta Lavarez, Joann Lawrence-Allen, Beverly Kay Layne, Elizabeth Lee, Adaphne Leroy, Rita Littlejohn, Lydia Lood, Deborah Lowery, Molly Kutty Lukose, Mariamma Lukose, Jiji Lurose, Betty Lyles, Adaku N. Madubuko,

Araceli Magundayao, Maria Mahmood, Hercules Annette Mahone, Accamma Maliakal, Edna Malik, Yolanda Manan, Maria Marzo, Rosita Marzo, Martha Mason, Aleyamma Mathew, Mary Kutty Mathew, Lerma Matthews, Margaret Maxwell, Milagros McChrystal, Tisha Harris Milsap, Sandra McCurry, Robert McGee, Willa Mitchell, Loris Monegaio, Carmen Montgomery, Kina Montgomery, Elizabeth Moore, Francis Moore, Sheryl Moore, Nancy Morton, Annie Moton, Milagros Muveta, Stella Mwakyoma, Rema Nair, Radhamani Nair, Blangafor Naron, Sherly Nella, Sally Nwafor, Ukachi Nwankpa, Josephine Nwawueze, Joy Nwigwe, Jerlean Nwokocha, Ifeanyi Nwokocha, Joanna Nwokocha, Adelila Obana, Loretta Odom, Chiazor Okafor, Clementine Okoji, Adeyooye Oluwayinka, Megan Owens, Lucy Owusu, Noel Paet, Shirley Paloma, James Pandazides, Kanchan Panchal, Cristina Pantaleon, Okja Park, Phylomina Paul, Tonie Renee Payne, Mary Ruth Peacock, Tanya Peaks, Jovita Peppers, Rosie Perry, Mary Philip, Eula Pierre, Anabelle Pinkerton, Libby Pokornik, Sandra Powell, Yupa Praditpan, Dorothea Purnell, Mary Raab, Alelita Ramos, Rizaluna Ramos, Emma Rarang, Shoba Reniguntala, Josephina Reyes, Datie Rhone, Joyce Richardson, Estrella Rigodon, Abnir Rodriguez, Irma Roque, Kathryn Ross, Emma Roundtree, Rosie Roy-Garcia, Anita Rubi, Jose G. Sagadraca, Marina Sales, Estela Sanchez, Judy Sanders, Rhonda Sanders, Souja Sanson, Sheryl Scarlett, Aley Sebastian, Lilia Sebastian, Mary Sebastian, Twitchy Siddiqui, Annamma Singh, Essie Smith, Cheryl Spearman, Andrea Spencer, Ethel Spencer, Mariflor Sumait, Teresita Supelana, Philishia Stokes, Celeste Sutton, Malee Suwanawong, Wilma Tabotabo, Tiffany Taylor, Christina T. Thilagam, Teresa Thimes, Deenamma Thomas, Lizy Thomas, Malindastine Thomas, Philomina Thomas, Susamma P. Thottathil, Aniceta Timkang, Janet Tims, Nena Tomas, Elizabeth Turner-Echols, Nkechinyere Ugenti, Edita Urgena, Joseph Uy, Aleyamma Varghese, Kuniga Vasavanont, Rosario Velasco, Anita Verdeprado, Buenaventura Vidad, Mark Vild, Letica L. Villaluz, Lalithambika Vojayan, Margaret Walker, Ruth Walker, Belinda Ware, Tina Warren, Cindy Weatherspoon, Deborah Webb, Crystal Williams, Gladys Williams, Louvenia Williams, Willa Williamson, Bernetta Winston, Susan Wissing, Patricia Wormely, Laurie Ziolko.

August 8, 2001

# CONSENT FORM

I, *(printed name)* EUVONNE J. ADAMS , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____
Signature                                   Date

44890

# CONSENT FORM

I, *(printed name)* __DELEROSE A MOETORO__ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

__Delerose Adetoro__                               __6|20|01__
Signature                                          Date

44890

## CONSENT FORM

I, *(printed name)* _Ernesto Agron_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases.  I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____6/20/01_____
Signature                                                        Date

44890

## CONSENT FORM

I, *(printed name)* MAYFLOR F. AGUSTIN, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

6/20/01
_____
Date

44890

# CONSENT FORM

I, *(printed name)* ___Gwendolyn I. Agyeman___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Ms. Gwendolyn L. Agyeman_
Signature

_June 20, 01_
Date

44890

# CONSENT FORM

I, *(printed name)* MERLE ALBERTO , am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.


Merle Alberto                          07-05-01
Signature                              Date

C N T
Position

44890

# CONSENT FORM

I, *(printed name)* Uloma  E · Hozie , am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

07|04|01
_____
Date

C N I
_____
Position

44890

# CONSENT FORM

I, *(printed name)* ROSALINA F ANDRADE , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Rosalina S Andrade                         6-20-01
Signature                                  Date

44890

# CONSENT FORM

I, *(printed name)* __NORMA L. ARCIAGA__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

____6/20/01_____
Date

44890

# CONSENT FORM

I, *(printed name)*  _VIRGINIA D. ARGUINES_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases.  I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Virginia A. Arguins_                           _6/31/01_
Signature                                                    Date

44890

# CONSENT FORM

I, *(printed name)* ___ANNIE AUGUSTIN___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

___Annie Augustin___          ___6/21/01___
Signature                      Date

44890

## CONSENT FORM

I, *(printed name)*  BETTY AUGUSTINE  , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Betty Augustine_
Signature

_6 | 21 | 01_
Date

44890

*RN*

## CONSENT FORM

I, *(printed name)* _Linda Bailey_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Linda Bailey_                          _6-21-01_
Signature                               Date

44890

*LPN*

## CONSENT FORM

I, *(printed name)* __Michelle Bailey__ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____Michelle Bailey_____          _____6/21/01_____
Signature                                                Date

44890

## CONSENT FORM

I, *(printed name)* _UETRYA  I . BARYA  RN_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases.  I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.


_Leorya  I. Brrin_____       _6/26/01_____
Signature                                           Date


44890

# CONSENT FORM

I, *(printed name)* __MARIA  BEUBIS__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

__maria Belbis RN__          __6/20/01__
Signature                              Date

44890

# CONSENT FORM

I, *(printed name)* __JUDY R. BERNARDO__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

___Judy Muylart Bernardo___          ___6/21/01___
Signature                                          Date

44890

# CONSENT FORM

I, *(printed name)* BRANDON BERNASOR, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6-20-2001
Signature                                          Date

44890

## CONSENT FORM

I, *(printed name)* __David Beverly__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____6 / 20 / 01_____
Signature                                Date

44890

# CONSENT FORM

I, *(printed name)* ___AIDA   M. BILYEU___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____        _____
Signature                                                 Date

44890

# CONSENT FORM

I, *(printed name)* Margaret Blake                    , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.


_____          6-20-01_____
Signature                                 Date


44890

# CONSENT FORM

I, *(printed name)* DEBORAH BLANEY _____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _6 - 20 - 01_____
Signature                                         Date

44890

# CONSENT FORM

I, *(printed name)* Stacye Bonner , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Stacye Bonner                          6/20/01
_____                _____
Signature                              Date

44890

# CONSENT FORM

I, (printed name) _Magnolia Bowman_, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_Magnolia Bowman_          _6/24/01_
Signature                  Date

44890

## CONSENT FORM

I, *(printed name)* _Sharon Brooks_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____
Date

44890



# CONSENT FORM

I, *(printed name)* Velma D Brown, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____
Signature                                                            Date

44890

# CONSENT FORM

I, *(printed name)* FAY BURGESS_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____                    _____
Signature                                   Date

44890

# CONSENT FORM

I, *(printed name)* Mary L. Bussey, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Mary Louise Bussey
Signature

6/21/01
Date

44890

## CONSENT FORM

I, *(printed name)* ESPERANZA M Camacho , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Esperanza M Camacho CNI_      _6-27-01_
Signature                        Date

44890

# CONSENT FORM

I, *(printed name)* Jacqueline Carr , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.


_Jacqueline Carr_                    _6·21·01_
Signature                             Date


44890

# CONSENT FORM

I, *(printed name)* ___LOURDES A. CASTILLO___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

___Lourdes A. Castillo___          ___6/20/01___
Signature                                              Date

44890

# CONSENT FORM

I, *(printed name)* _EPIFALIA  T. CEZAR_____, am ~~a current~~ or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases.  I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.


_____
Signature

_____
Date    6.20.01


44890

# CONSENT FORM

I, (printed name)_____CHill R. CHANG____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____Chin R Chang_____          _6/21/01_____
Signature                                        Date

44890

# CONSENT FORM

I, *(printed name)* <u>Doris J. Childs-Walker</u>, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.


<u>Doris J. Childs-Walker</u>                         <u>06-20-01</u>
Signature                                              Date


44890

# CONSENT FORM

I, *(printed name)* ___Martese L. Chism___ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

___Martese L. Chism___                    ___6-21-01___
Signature                                                      Date

44890

# CONSENT FORM

I, *(printed name)* ___Kyangae   Choe___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Kyangae  Choe_____                    _6/20/01_____
Signature                                          Date

44890

(VN)

## CONSENT FORM

I, *(printed name)* ___MARY    CHOE___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

___6-21-01___
Date

44890

# **CONSENT FORM**

I, *(printed name)* ___*SHERLY CHORATH*___, am a current or ~~former~~ employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

___Sherley Vasily Chorath___          ___6.28.01___
Signature                              Date

44890

## CONSENT FORM

I, (printed name) _NORA CHRISTOPHER_ am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Nora Christopher_                              _6/21/01_
Signature                                        Date

44890

# CONSENT FORM

I, *(printed name)* __HYUNSOOK  CHUN_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases.  I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6 - 20 - 01
Signature                                                    Date

44890

# CONSENT FORM

I, *(printed name)*___CHUNTRAKASEM, VARNNEE___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

___06-19-01___
Date

44890

# CONSENT FORM

I, *(printed name)* ILENE MICHAEL T. CLEOTE am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          06/20/01
Signature                                                Date

44890

## CONSENT FORM

I, *(printed name)* Adrienne Cleveland , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Adrienne Cleveland                                  6-29-01
Signature                                           Date

44890

# CONSENT FORM

I, *(printed name)* _Lydia G. Cometa, RN,_ am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Lydia G. Cometa, RN,_      _6-31-01_
Signature                  Date

44890

# CONSENT FORM

I, *(printed name)* _BIENVENIDA CONSUELO_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Bienvenida Consuelo_                    _6/ 20 /01_
Signature                                    Date

44890

## CONSENT FORM

I, *(printed name)* _Shirley Cook_____, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_Shirley Cook_____          _6/21/01_____
Signature                     Date

44890

## CONSENT FORM

I, (printed name) _Cherie A. Cordero_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Cherie A. Cordero_
Signature

_June 21, 2001_
Date

44890

# CONSENT FORM

I, *(printed name)* _ROSE SHARON CORDEM_ am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

6/20/01
_____
Date

44890

# CONSENT FORM

I, *(printed name)* __MARY ELIZABETH CURTIS__, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_Mary Elizabeth Curtis_
Signature

_6 26-2001_
Date

44890

# CONSENT FORM

I, *(printed name)* Elaine L. Daniels , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Elaine L. Daniels                          6/21/01
_____                    _____
Signature                                      Date

44890

# CONSENT FORM

I, *(printed name)* _Clara Davis_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Clara Davis_____     _6-20-01_____
Signature                                          Date

44890

# CONSENT FORM

I, *(printed name)* Gloria Davis, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

6/30/01
_____
Date

44890

# CONSENT FORM

I, *(printed name)* Estrelita C. de la Vega am a current or (former) employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____   6/20/01
Signature                   Date

44890

## CONSENT FORM

I, (printed name) MARIA E. DEANG , am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____6/21/01_____
Date

44890

# CONSENT FORM

I, *(printed name)* MELISSA M. DELAPENA , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____        6/20/01
Signature                                        Date

44890

## CONSENT FORM

I, *(printed name)* __JOELA DE LEON__, am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

__Joela De Leon__                    __7/2/01__
Signature                                         Date

__CN II__
Position

44890

# CONSENT FORM

I, *(printed name)* EVA A. DENA ROSA , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____6-20-01_____
Date

44890

## CONSENT FORM

I, *(printed name)* ___ANNA DEVID___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_6/20/01_____
Date

44890

## CONSENT FORM

I, *(printed name)* _BRENETTA E. DICKERSON_, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_Brenetta E. Dickerson_
Signature

_06/20/2001_
Date

44890

## CONSENT FORM

I, *(printed name)* _Yvonne Dill_, am a current or former employee
of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have
worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to
be included as a party in the pay claims being asserted by current and former CCH employees
against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and
Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may
designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act
and/or the Illinois Wage Payment and Collection Act.

_Yvonne Dill RN_                    _6/21/2001_
Signature                           Date

44890

# CONSENT FORM

I, *(printed name)* ZENAIDA P. DIMAILIG am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases.  I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

_Zenaida P. Dimailigan_     _7/16/01_
Signature                         Date

_REGISTERED STAFF NURSE_
Position

44890

# CONSENT FORM

I, *(printed name)* ZENAIDA I. DUNGCA am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Zenaida I. Dungca_
Signature

_6-31-01_
Date

44890

# CONSENT FORM

I, *(printed name)*_____Alice Eaton_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.


_____                    _____6/20/01_____
Signature                                   Date


44890

# CONSENT FORM

I, *(printed name)* CHIMATARA EBIRIM, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

Chimatara Ebirim
Signature

6/20/01
Date

44890

# CONSENT FORM

I, *(printed name)* __Virginia Ebiringah__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____
Date

44890

## CONSENT FORM

I, *(printed name)* _WILLIE ANN EDWARDS_, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_6-20-01_____
Date

44890

## CONSENT FORM

I, *(printed name)* LiNDA C. Eledan, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Linda C. Eledan                     6-20-01
Signature                                Date

44890

## CONSENT FORM

I, (printed name) _MARY JOHN ELENGICAL_, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_[signature]_　　　　　　　　　　_6/20/01_
Signature　　　　　　　　　　　　　Date

44890

# CONSENT FORM

I, (printed name) _JENNY C. ENRIQUE_ am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____     _6/20/01_____
Signature                           Date

44890

# CONSENT FORM

I, *(printed name)* _EDNA ESTAVILLO_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Edna Estavillo_____        _6-21-01_____
Signature                      Date

44890

# CONSENT FORM

I, *(printed name)* GINA M. EUGENIO , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          June 23, 2001
Signature                                 Date

44890

# CONSENT FORM

I, *(printed name)* ___ISABEL FAIRCLOTH___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

___6/20/01___
Date

44890

## CONSENT FORM

I, *(printed name)* __PHOEBE   FAJARDO__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

__Phoebe Fajardo__
Signature

__6-20-01__
Date

44890

# CONSENT FORM

I, *(printed name)* _Luzviminda Famanas_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          ___6/21/01_____
Signature                                                    Date

44890

## CONSENT FORM

I, (printed name) _EVA P FERNANDEZ, RN_, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_Eva Fernandez CNII_
Signature

_June 21, 2001_
Date

44890

## CONSENT FORM

I, *(printed name)* _____Kelly Flynn_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____Kelly Flynn_____                    _____6/20/01_____
Signature                                     Date

44890

# CONSENT FORM

I, *(printed name)* _Eunice Fordnan_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Eunice Fordnan_____    _6/20/01_____
Signature                                    Date

44890

# CONSENT FORM

I, *(printed name)* _MARY FRANCIS_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Maryfranцis_____       _6/21/01_____
Signature                               Date

44890

## CONSENT FORM

I, *(printed name)* _CRISTINA FREDERICK_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Cristina Frederick_                          _6/20/01_
Signature                                      Date

44890

# CONSENT FORM

I, *(printed name)* Arlene Fruel , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Arlene B. Fruel
Signature

7/18/01
Date

# CONSENT FORM

I, *(printed name)* _Ann Fricson_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

6/21/01
Date

44890

## CONSENT FORM

I, *(printed name)* Gloria Mae Gasior , am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

_____         _____
Signature                                  Date    6/29/01

_____
Position    RN - Clinical Nurse I

44890

## CONSENT FORM

I, *(printed name)* GRACE GEORGE , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Grace George_
Signature

_6/21/01_
Date

44890

## CONSENT FORM

I, *(printed name)* _ROSILY GEORGE_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Rosily George_
Signature

_6. 20 - 01_
Date

44890

# CONSENT FORM

I, *(printed name)* _SALOMY GEORGE_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Salomy George_
Signature

_6/21/001_
Date

44890

## CONSENT FORM

I, *(printed name)* __Susan Mathew George__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____Susan mathew george_____          _____6/21/01_____
Signature                                Date

44890

EPn

# CONSENT FORM

I, *(printed name)* Stacey Golden _____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Stacey Golden_ _____     _6/21/01_ _____
Signature                              Date

44890



# CONSENT FORM

I, *(printed name)* Elizabeth Goosby , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Elizabeth Goosby_
Signature

_6/21/01_
Date

44890

## CONSENT FORM

I, *(printed name)* Debra Graham , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Debra Graham _____          6/20/01 _____
Signature                                            Date

44890

## CONSENT FORM

I, *(printed name)* Ruby Greer                , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Ruby Green
Signature

6-20-01
Date

44890

*RN Retired*

# CONSENT FORM

I, (printed name) _DEHLIA GUINGGUING_, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_6-20-01_____
Date

44890

# CONSENT FORM

I, *(printed name)* _Gloria L Hallmark_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Gloria L Hallmark_____          _6-20-01_____
Signature                                                          Date

44890

# CONSENT FORM

I, *(printed name)* _LEONILA  C. HARTING_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases.  I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Leonila C. Harting_
Signature

_June 20/001_
Date

44890

## CONSENT FORM

I, *(printed name)* Annie L. Henderson, am a current or former employee
of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have
worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to
be included as a party in the pay claims being asserted by current and former CCH employees
against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and
Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may
designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act
and/or the Illinois Wage Payment and Collection Act.

Annie L. Henderson                    6/21/01
Signature                             Date

44890

# CONSENT FORM

I, *(printed name)* Nichelle V. Henderson, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Nichelle V Hende                                    6/20/01
Signature                                           Date

44890

# CONSENT FORM

I, *(printed name)* _Victoria Lane Hill_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Victoria Lane Hill_
Signature

_6/2/01_
Date

44890

## CONSENT FORM

I, *(printed name)* Sharon Holliday Cole , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Sharon E. Holly Cole                    6-20-01
Signature                               Date

44890

# CONSENT FORM

I, *(printed name)* _Eloise Hunt_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Eloise Hunt RN_____      _6-21-01_____
Signature                            Date

44890

## CONSENT FORM

I, *(printed name)* __URAI   HUNVANICH__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

__8/20/01__
Date

44890

## CONSENT FORM

I, *(printed name)* KARIN HYMEC , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6·20·01
Signature                        Date

44890

# CONSENT FORM

I, *(printed name)* ___BOKHEE HYUN___ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

___Bokhee Hyun___                          ___6/20/01___
Signature                                   Date

44890

## CONSENT FORM

I, (printed name) _THERESA IBCABUCHI_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Theresa Ibeabuchi_                          _6/20/01_
Signature                                    Date

44890

# CONSENT FORM

I, (printed name) _CARMELITA  S.  ICO_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Carmelita S. Ico_____        _6 - 21-01_____
Signature                                            Date

44890

## CONSENT FORM

I, *(printed name)* __CHOI, INE__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          __6-20-01_____
Signature                                Date

44890

## CONSENT FORM

I, (printed name) _JoAnn Ivy_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____     ___6/20/01_____
Signature                                                      Date

44890

# CONSENT FORM

I, *(printed name)* ___ANN  P.  JACKSON___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

___Ann P. Jackson___
Signature

___6/ 21/ 0 1___
Date

44890

*Retired*

# CONSENT FORM

I, *(printed name)* __PERLA F. JAGONASE__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

__Perla F. Jagonase__          __June 20 2001__
Signature                        Date

44890

## CONSENT FORM

I, *(printed name)* ALMA JAROMAHUM , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____7/26/01_____
Date

44890

## CONSENT FORM

I, *(printed name)* _Jacquelyn Jefferson_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6/20/
Signature                                  Date

44890

# CONSENT FORM

I, *(printed name)* _Mary E. Jerkins Ke BSN_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____
Date  6/20/01

44890

## CONSENT FORM

I, *(printed name)* ( First name ) ( last name ) ALEYAMMA JOHN , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Aleyamme John RN
Signature

6-20-01
Date

44890

# CONSENT FORM

I, *(printed name)* Clarene Johnson, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Signature

Date 6/20/01

44890

# CONSENT FORM

I, *(printed name)* MARYANN C. Johnson , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

6/21/01
Date

44890

## CONSENT FORM

I, *(printed name)* _Theresa Johnson_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Theresa Johnson_
Signature

_6/20/01_
Date

44890

# CONSENT FORM

I, *(printed name)* Vette Johnson_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____
Date  6/20/01

44890

# CONSENT FORM

I, *(printed name)* Cynthia Jones , am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_6/20/01_____
Date

44890

# CONSENT FORM

I, *(printed name)* MAEON JONES , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____
Signature                                 Date 6/21/01

44890

## CONSENT FORM

I, *(printed name)* PATRICIA A JONES , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Patricia A Jones                     06/21/01
Signature                            Date

44890

## CONSENT FORM

I, *(printed name)* ROANN JONES , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Roann Jones LPN      6|28|01
Signature                         Date

44890

## CONSENT FORM

I, *(printed name)* _Beverly Joseph_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Beverly Joseph RN_
Signature

_06-21-01_
Date

44890

## CONSENT FORM

I, *(printed name)* _ELSY G. JoSEPH_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Elsy G. Joseph_
Signature

_6/20/01_
Date

44890

# CONSENT FORM

I, *(printed name)* MARY · J. · JOSEPH , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

| | |
|---|---|
| _mary Joseph_ | 6/20/01 |
| Signature | Date |

44890

## CONSENT FORM

I, *(printed name)* MARY KUTTY JOSEPH , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____     06 · 21 · 01
Signature                              Date

44890

# CONSENT FORM

I, *(printed name)* __MARINA M. JUBAC__ , am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

_____          _____07-04-01_____
Signature                                                       Date

_____CN I_____
Position

44890

# CONSENT FORM

I, *(printed name)* THRESIA KUTTY JOY , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____                    ___6/21/01_____
Signature                                    Date

44890

# CONSENT FORM

I, *(printed name)*___JUNG, SEOK - SOON___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

___06/20/2001___
Date

44890

## CONSENT FORM

I, *(printed name)* ___LILLIAN Junius___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6/20/01
Signature                                Date

# CONSENT FORM

I, *(printed name)* ALEY KALLADANTHYIL , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_6 - 20 - 01_
Date

_Aley Kalladanthyil_
Signature

44890

## CONSENT FORM

I, (printed name) ___JEONG HEE KANG___, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

___Jeong Hee Kang___
Signature

___6-21-2001___
Date

# CONSENT FORM

I, *(printed name)* DARLENE KEDZIOE RN, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____6/20/01_____
Date

44890

*R.N.*

# CONSENT FORM

I, *(printed name)* ALEYAMMA, KENY , am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

A Keny
Signature

6/21/01.
Date

44890

# CONSENT FORM

I, *(printed name)* SARAF. M. KHAN_____, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

Saraf Masoom Khan
Signature

6/20/2001
Date

44890

# CONSENT FORM

I, *(printed name)* _CHEONG JA KIM_, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_6/20/01_
Date

_Cheong Kim_
Signature

44890

## CONSENT FORM

I, *(printed name)* Hyun S. Kim , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____
6/21/01
Date

44890

## CONSENT FORM

I, (printed name) _Kim, You Sun_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_6·21·01_
Date

_YouSun Kim_
Signature

44890

## CONSENT FORM

I, *(printed name)* __MONY KOSHY__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

__Mony Koshy K__              __6/23/01__
Signature                                    Date

44890

# CONSENT FORM

I, *(printed name)* ___JOLLY S KUNCHERIA___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

___Jolly S Kuncheria___
Signature

___6-21-01___
Date

44890

## CONSENT FORM

I, *(printed name)* _THANKAMMA KURIAKOSE_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Thankamma Kuriakose_
Signature

_7-18-2001_
Date

44890

# CONSENT FORM

I, *(printed name)* _Leelamma Kurian_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Leelamma Kurian_____       _6/21/01_____
Signature                              Date

44890

## CONSENT FORM

I, *(printed name)* Donna LaGuardia , am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

Donna LaGuardia
Signature

7/7/01
Date

44890

# CONSENT FORM

I, (printed name) _FRANCES R. LAQUT_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Francis R. Lagun_____          _6/20/01_____
Signature                            Date

44890

## CONSENT FORM

I, *(printed name)* _Alanetha Larry_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _6/20/01_____
Signature                                          Date

44890

# CONSENT FORM

I, *(printed name)* _Julieta M. Lavarrez_ , am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_6/20/01_
Date

44890

# CONSENT FORM

I, *(printed name)* __JOANN LAURENCE-ALLEN__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          __6-20-01_____
Signature                                                        Date

44890

# CONSENT FORM

I, (printed name) __BEVERLY KAY LAYNE__ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Beverly Kay Layne_
Signature

_6/21/01_
Date

44890

# CONSENT FORM

I, *(printed name)* _ELIZABETH E. LEE_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Elizabeth E. Lee_____          _6-21-01_____
Signature                            Date

44890

## CONSENT FORM

I, (printed name) _Adelphine Leroy_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.


_Adelphine Leroy_____          _6 - 20 - 01_____
Signature                          Date

44890

## CONSENT FORM

I, *(printed name)* __RITA LITTLEJOHN__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          __6/20/01_____
Signature                           Date

44890

# CONSENT FORM

I, *(printed name)* LYDIA C. LOOP , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Lydia C. Loop_
Signature

_6/21/01_
Date

44890

## CONSENT FORM

I, (printed name) _DeBorah Lowery_, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_[signature]_                          6/30/01
Signature                              Date

44890

## CONSENT FORM

I, *(printed name)* Moly kutty Lukose, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

06/21/01
Date

44890

RN

## CONSENT FORM

I, *(printed name)* MARIAMNA LUKOSE, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

Mariamna Lukose
Signature

6/20/01.
Date

44890

# CONSENT FORM

I, *(printed name)* ___JIJI LUIROSE_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____                    ___06/20/01._____
Signature                                                                    Date

44890

## CONSENT FORM

I, *(printed name)* Betty Lyles , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____      _____6/30/01_____
Signature                                                     Date

44890

# CONSENT FORM

I, (printed name) _Madubuko_ _MADUBUKO ADAKU . N ._, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____       _____
Signature                                                        Date

44890

# CONSENT FORM

I, *(printed name)*_____, am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____
Position

07/06/01
Date

44890

# CONSENT FORM

I, (printed name) _MARIA ELENA C. MAHMOOD_ , am a (current)/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

_____          _7/25/01_____
Signature                                                    Date

_____
Position

44890

# CONSENT FORM

I, *(printed name)* Hercules annette Mahone, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Hercules Annette Mahone                     June 21, 2001
Signature                                    Date

44890

## CONSENT FORM

I, *(printed name)* _ACCAMMA · MAZIAKAL ·_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_06/20/07._____
Date

44890

## CONSENT FORM

I, (printed name) _EDNA MALIK_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Edna Malik_
Signature

_6/20/01_
Date

44890

# CONSENT FORM

I, *(printed name)* Yolanda Mamou, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

Yolanda Mamou
Signature

6/20/01
Date

44890

## CONSENT FORM

I, *(printed name)* MARIA MARZO , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Maria Marzo_
Signature

6/20/01
Date

## CONSENT FORM

I, *(printed name)* _ROSITA  G. MARRO_, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_6/28/01_____
Date

44890

## CONSENT FORM

I, *(printed name)* MARTHA L MASON , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_6/20/01_____
Date

44890

## CONSENT FORM

I, (printed name) _Aleyamma· Mathew_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Aleyamma Mathew_                          _6/21/01_
Signature                                        Date

44890

## CONSENT FORM

I, *(printed name)* _Mary Kutty Mathew_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Mary Kutty Mathew_
Signature

_6/21/01_
Date

44890

## CONSENT FORM

I, *(printed name)* _Lerma Matthews_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Lerma Matthews_
Signature

_6-20-01_
Date

44890

## CONSENT FORM

I, *(printed name)* MARGARET MAXWELL, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____     6/21/01
Signature                            _____
                                     Date

44890

## CONSENT FORM

I, *(printed name)* _Milagros McChrystal_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Milagros McChrystal_
Signature

6-20-01
Date

44890

## CONSENT FORM

I, *(printed name)* _Tisha Harris-Miles_ am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Tisha Harris-Miles_                    _6/30/01_
Signature                                         Date

44890

# CONSENT FORM

I, (printed name) SANDRA McCurry , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____6-21-01_____
Signature                                Date

44890

## CONSENT FORM

I, *(printed name)* _Robert McGee_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _6-20-01_____
Signature                                                    Date

44890

## CONSENT FORM

I, (printed name) _Willa Mitchell_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Willa Mitchell_          _6-20-01_
Signature                                    Date

44890

# CONSENT FORM

I, *(printed name)* Loris Monegain, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

6/21/01
Date

44890

## CONSENT FORM

I, *(printed name)* Carmen Montgomery , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6/20/01
Signature                                 Date

44890

# CONSENT FORM

I, *(printed name)* Kina L. Montgomery , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          June 21, 01
Signature                                 Date

44890

## CONSENT FORM

I, (printed name) _Elizabeth Moore_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Elizabeth Moore_
Signature

_6/21/01_
Date

44890

## CONSENT FORM

I, *(printed name)* FRANCES N MOORE, am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

Frances N Moore                    7-17-01
Signature                          Date

L. P. N.
Position

44890

# CONSENT FORM

I, (printed name) ___Sheryl Moore RN, CNI___, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____        ___6-21-01___
Signature                                Date

44890

# CONSENT FORM

I, *(printed name)* _Nancy Morton_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Nancy Morton_____          _6/21/01_____
Signature                                              Date

44890

# CONSENT FORM

I, *(printed name)* ANNIE MOTON , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____                    6 — 20 — 2001
Signature                                    Date

44890

# CONSENT FORM

I, *(printed name)*___MILAGROS  MUKETA___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

___June 20, 2001___
Date

44890

# CONSENT FORM

I, *(printed name)* Stella Mwakyoma , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

6/20/01
Date

44890

# CONSENT FORM

I, *(printed name)* _Rema    Nair_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____Rema Nair_____          _____6/20/01_____
Signature                                              Date

44890

## CONSENT FORM

I, *(printed name)* RADHAMANI NAIR, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Radhamann Nair       6-26-2001
_____       _____
Signature                Date

44890

# CONSENT FORM

I, *(printed name)* BLANCAFLOR NARON , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.


_Blancaflor G. Naron_
Signature

_6/21/01_
Date

44890

# CONSENT FORM

I, *(printed name)*___SHERLY   NELLA_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____Sherly   Nella_____          _____6/21/01_____
Signature                                          Date

44890

## CONSENT FORM

I, *(printed name)* _SALLY NWAFOR_ , am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

_Sally Nwafor_
Signature

_6/29/01_
Date

_Clinical Nurse I_
Position

44890

# CONSENT FORM

I, *(printed name)* UKACHI   NWANKPA          , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases.  I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Ukachi O. Nwankpa                    6/21/01
_____                _____
Signature                            Date

44890

# CONSENT FORM

I, *(printed name)* JOSEPHINE A. NNAWUEZE , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Josephine A. Nnawueze_
Signature

_06 - 21 - 01_
Date

44890

RN

# CONSENT FORM

I, *(printed name)* JOY NWIGWE , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6/21/01
Signature                          Date

44890

## CONSENT FORM

I, *(printed name)* Jerlean Nwokocha, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6/20/01
Signature                                                    Date

44890

# CONSENT FORM

I, *(printed name)* IFEANYI NWOKOCHA , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____
Signature                                Date

44890

## CONSENT FORM

I, *(printed name)* ___JOANNA NWOKOCHA___ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

___Joanna Nwokocha___
Signature

___6/20/01___
Date

44890

# CONSENT FORM

I, *(printed name)* OBINA, ADELINA C. , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____    _____6/20/01_____
Signature                                              Date

44890

*RN*

## CONSENT FORM

I, *(printed name)* Loretta Odom , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Loretta Odom                           6/21/01
Signature                              Date

44890

# CONSENT FORM

I, *(printed name)* _CHEAZOR OKAFOR_ am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_Chiazor Okafor_
Signature

_7/30/01_
Date

44890

# CONSENT FORM

I, *(printed name)* _Clementina Okoji_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

6-22-01
_____
Date

44890

# CONSENT FORM

I, *(printed name)* ADEYOOYE OLUWAYINKA, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

6/21/01
_____
Date

44890

## CONSENT FORM

I, *(printed name)* Megan Owens , am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

Signature

6/20/2001
Date

44890

## CONSENT FORM

I, *(printed name)* _Lucy Owusu_ , am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

_Lucy Owusu_
Signature

_7/15/01_
Date

_Nurse Practitinor_
Position

44890

## CONSENT FORM

I, *(printed name)* ___NOEL PAET___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

6/20/2001
_____
Date

44890

## CONSENT FORM

I, *(printed name)* __SHIRLEY  C. PALOMA__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

__Shirley C. Paloma__
Signature

__6/20/01__
Date

44890

# CONSENT FORM

I, *(printed name)* ___JAMES PANDAZIDES___ , am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

_James Pandazides_
Signature

_R.N. CNII_
Position

_7/10/01_
Date

## CONSENT FORM

I, *(printed name)* _KANCHAN - J. PANCHAL_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Kanchan Panchal_
Signature

_6:20 01_
Date

44890

# CONSENT FORM

I, *(printed name)* _CRISTINA D. PANTALEON_, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_Cristina D. Pantaleon_
Signature

_6/21/01_
Date

44890

# CONSENT FORM

I, *(printed name)* PARK, OK JA , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

6 - 20 - 01
_____
Date

44890

# CONSENT FORM

I, *(printed name)* __PHYLOMINA PAUL_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Phylomina Paul_____          ___6 - 20 - 01_____
Signature                                 Date

44890

## CONSENT FORM

I, *(printed name)* _Tonie Renee Payne_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Tonie Renee Payne_            _6/20/01_
Signature                                     Date

44890

# CONSENT FORM

I, *(printed name)* Mary Ruth Peacock, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

Mary Ruth Peacock
Signature

6/20/01
Date

Retired

44890

## CONSENT FORM

I, *(printed name)* __TANYA Peaks__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____6/20/01_____
Signature                               Date

44890

## CONSENT FORM

I, *(printed name)* _Jovita Peppers_, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_Jovita Peppers_
Signature

_June 20, 2001_
Date

44890

## CONSENT FORM

I, (printed name) *Rosie Perry*, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____
Signature

6/28/01
Date

44890

# CONSENT FORM

I, *(printed name)* __MARY K PHILIP__ , am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.


__Mary K Philip__
Signature

__7/13/01__
Date

__RN__
Position

44890

# CONSENT FORM

I, *(printed name)* _Eula Pierre_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _6/20/01_____
Signature                                Date

44890

# CONSENT FORM

I, *(printed name)* _____Anabelle Pinkerton_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____Anabelle Pinkerton_____
Signature

_____6/20/01_____
Date

44890

# CONSENT FORM

I, *(printed name)* ___LIBBY POKORNIK___, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

___Libby Pokornik___
Signature

___6-20-01___
Date

44890

# CONSENT FORM

I, *(printed name)* SANDRA POWELL , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Sandra Powell_
Signature

_6-20-01_
Date

44890

# CONSENT FORM

I, (printed name) YUPA PRADITPAN , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____     _____
Signature                                                        Date

44890

# CONSENT FORM

I, *(printed name)* _DoRaThEA PuRNELL_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          ___6-2o-o1_____
Signature                                 Date

44890

# CONSENT FORM

I, *(printed name)* MARY RABb _____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.


_Mary Rabb_ _____       _6/20/01_ _____
Signature                                       Date

44890

# CONSENT FORM

I, *(printed name)* <u>Alelita G. Ramos, RN</u> am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

<u>Alelita Ramos rn</u>　　　　　　　<u>6/21/01</u>
Signature　　　　　　　　　　　　　　Date

44890

# CONSENT FORM

I, *(printed name)* <u>RIZALINA M. RAMOS</u>, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

<u>Rizalina M. Ramos</u>
Signature

<u>6-21-01</u>
Date

44890

## CONSENT FORM

I, *(printed name)* EMMA A RKRANG, RN , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____6/20/01_____
Date

44890

# CONSENT FORM

I, *(printed name)* SHOBHA RENIGUNTALA, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Shobha Reniguntala_                  _6-21-01_
Signature                              Date

44890

# CONSENT FORM

I, *(printed name)* JOSEFINA N. Reyes, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Signature

Date 6/20/01

44890

## CONSENT FORM

I, *(printed name)* __DATIE MAE Rhone__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

__Datie mae Rhone__
Signature

__6-30-01__
Date

44890

## CONSENT FORM

I, *(printed name)* _Joyce D. Richardson_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Joyce Richardson_                          _06-20-01_
Signature                                              Date

44890

## CONSENT FORM

I, *(printed name)* _Estrella C. Rigodon_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_6/21/01_____
Date

## CONSENT FORM

I, *(printed name)* ABNIR RODRIGUEZ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____6-21-07_____
Date

44890

# CONSENT FORM

I, (printed name)____IRMA M ROQUE_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.


____Irma M Roque_____          ____6/21/01_____
Signature                              Date


44890

# CONSENT FORM

I, (printed name) _____KATHRYN ROSS_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____                    _____June 20 2001_____
Signature                                            Date

44890

# CONSENT FORM

I, *(printed name)* ___EMMA ROUNDTREE___ am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

___6/27/01___
Date

44890

# CONSENT FORM

I, *(printed name)*  ROSIE  ROY - GARCIA  , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____  6-20-01
Date

44890

# CONSENT FORM

I, *(printed name)*_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____
Date

44890

# CONSENT FORM

I, *(printed name)* JOSE R. SARAORACA am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____ 6 | 21 | 0 1 _____
Date

44890

## CONSENT FORM

I, *(printed name)* MARINA SALES , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Marina Sales
Signature

June 20, 2001
Date

44890

# CONSENT FORM

I, *(printed name)* _Estela J. Sanchez_, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_Estela J. Sanchez_
Signature

_6/20/01_
Date

44890

# CONSENT FORM

I, *(printed name)* JUDY SANDERS , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Judy Sanders
Signature

6/20/01
Date

44890

# CONSENT FORM

I, *(printed name)* Rhonda Sanders , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Signature

Date 6/20/01

## CONSENT FORM

I, *(printed name)* ___SONJA SANSON___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____            ___6/20/01_____

Signature                                            Date

44890

# CONSENT FORM

I, *(printed name)* _SHERYL SCARLETT_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Cheryl scarlett_____      _6/20/01_____
Signature                      Date

44890

# CONSENT FORM

I, *(printed name)* ALEY SEBASTIAN , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Aleysebastian                6|20|01
Signature                    Date

44890

## CONSENT FORM

I, *(printed name)* __LILIA M SEBASTIAN__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6/21/01
Signature                          Date

44890

# CONSENT FORM

I, (printed name) _MARY SEBASTIAN_____, am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

_M Sebastian_____          _7/14/01_____
Signature                       Date

_C N I_____
Position

44890

## CONSENT FORM

I, (printed name) _Twitchy Siddiqui_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Twitchy Siddiqui_
Signature

Date _6/20/01_

44890

# CONSENT FORM

I, (printed name) _SINGH, ANNAMMA_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_A. Singh Rav_____    _6/21/01_____
Signature                                    Date

44890

# CONSENT FORM

I, *(printed name)*_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____
Signature

_____
Date  6/20/01

44890

## CONSENT FORM

I, *(printed name)* Cheryl SpeaRmAN _____, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_Cheryl Spearman_
Signature

_6/21/01_
Date

44890

# CONSENT FORM

I, (printed name) _ANDREA Spencer_, am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

_Andrea Spencer_
Signature

_6/30/01_
Date

_LPN II_
Position

## CONSENT FORM

I, *(printed name)* _Spencer, Ethel_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Ethel Spencer RN_
Signature

_6/21/01_
Date

44890

# CONSENT FORM

I, (printed name) ~~Marrilou M. Sumait~~ , am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.



Signature _____

Date 05 July 2001 _____

Position _____ CNI TRAUMA= WARD 12 +12R _____

44890

# CONSENT FORM

I, *(printed name)* TERESITA SUPELANA, am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

Teresita Supelana
Signature

7 | 01 | 01
Date

CN-I (STAFF NURSE -RN)
Position

44890

# CONSENT FORM

I, *(printed name)* _Philishia Stokes_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Philishia Stokes_                          _6/20/01_
Signature                                    Date

44890

## CONSENT FORM

I, *(printed name)* Celeste Sutton, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

Celeste Sutton
Signature

06/21/01
Date

44890

# CONSENT FORM

I, *(printed name)* MALEE SUWANAWONG, am a current or former employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act and/or the Illinois Wage Payment and Collection Act.

_____          6 / 20 / 01
Signature                                              Date

44890

# CONSENT FORM

I, *(printed name)* WILMA C. TABOTABO , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

Wilma C. Tabotabo
Signature

June 20, 2001
Date

44890

# CONSENT FORM

I, *(printed name)* Tiffany N. Taylor_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          June 20, 2001_____
Signature                                                          Date

44890

# CONSENT FORM

I, *(printed name)* _CHRISTINA T. HILGFATN_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases.  I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Christina Hilgepam Pa.___          _10-21-01_____
Signature                          Date

44890

# CONSENT FORM

I, *(printed name)*____TeReSA M ThiMes____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____6/21/01_____
Signature                                Date

44890

# CONSENT FORM

I, *(printed name)* DEENAMMA THOMAS_____, am a current/former (circle one)

employee of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for

hours I have worked in excess of forty hours per week, and/or for differentials and/or step

increases. I wish to be included as a party in the pay claims being asserted by current and former

CCH employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb,

Ltd. and Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they

may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards

Act and/or the Illinois Wage Payment and Collection Act.

Deenamma Thomas_____          7/14/01_____
**Signature**                            **Date**

CN I_____
**Position**

44890

# CONSENT FORM

I, (printed name) ___LIZy THOMAS___, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

___Lizy Thomas Rn___            ___06-25-01___
Signature                        Date

44890

# CONSENT FORM

I, *(printed name)* _Malindastine Thomas_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Malindastine Thomas_
Signature

_6/20/01_
Date

44890

# CONSENT FORM

I, *(printed name)* __PHILOMINA THOMAS__, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____     ___06 - 26 - 01___
Signature                          Date

44890

# CONSENT FORM

I, *(printed name)* _SUSAMMA P THOTTATHIL_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Susamma P Mothead_           _6/21/01_
Signature                               Date

44890



## CONSENT FORM

I, *(printed name)* __ANICETA TimKANG__ am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____6-21-01_____
Signature                                              Date

44890

# CONSENT FORM

I, *(printed name)* _Janet E. Tims_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Janet E. Tims_____          _6/21/01_____
Signature                                Date

44890

## CONSENT FORM

I, *(printed name)* NEWA TOMAS , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6-20-01
Signature                                 Date

44890

## CONSENT FORM

I, *(printed name)* ___Elizabeth Turner - Echols___ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

___Elizabeth Echols___
Signature

___6/21___
Date

44890

# CONSENT FORM

I, *(printed name)* NKECHINYERE UGBOH, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____6/20/01_____
Signature                                 Date

44890

# CONSENT FORM

I, *(printed name)* _EDITA  M.  URGENA_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Edita M. Urgena_____          _6-21-01_____
Signature                                   Date

44890

## CONSENT FORM

I, (printed name)_____JOSEPH  B. Lly_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____6/21/0_____
Signature                                              Date

44890

## CONSENT FORM

I, (printed name) _ALEYAMMA VARGHESE_ am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Aleyamma Varghese_                     _6-20-01_
Signature                                Date

44890

# CONSENT FORM

I, *(printed name)* KUNIGA VASAVANONT , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____     _____
Signature                            Date

44890

## CONSENT FORM

I, *(printed name)* _ROSANO B. VELASCO_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_RBVelasco_                          _6-25-01_
Signature                            Date

44890

## CONSENT FORM

I, *(printed name)* Anita A. VERDEPRADO , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____ CN1     _____
Signature                                Date  6-20-2001

44890

## CONSENT FORM

I, *(printed name)* _BUENAVENTURA B. VIDAD_, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          06/20/01
Signature                                   Date

44890

## CONSENT FORM

I, *(printed name)*_____Mark E Vild_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____Mark C Vild_____          _____6 - 23 - 01_____
Signature                                              Date

## CONSENT FORM

I, *(printed name)* _LETICIA L. VILLALUZ_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____
Signature                                        Date  6-20-01

44890

## CONSENT FORM

I, (printed name) LALITHAMBIKAVi JAYAN RN, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Lalithambika Nijayan_
Signature

_6/21/01_
Date

44890

# CONSENT FORM

I, (printed name) _Margaret Walker_ am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Margaret Walker_
Signature

_6/21/01_
Date

44890

# CONSENT FORM

I, *(printed name)* _Ruth T. WALKER_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _6/20/01_____
Signature                                  Date

44890

# CONSENT FORM

I, *(printed name)* Belinda Ware , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6/20/01
Signature                                 Date

44890

# CONSENT FORM

I, *(printed name)* _____Tina Warren_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____                    _____6/26/01_____
Signature                                                      Date

44890

# CONSENT FORM

I, *(printed name)* Cindy Weatherspoon , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____
Signature                                Date    June 26, 2001

44890

# CONSENT FORM

I, *(printed name)* Deborah Ahfred Webb , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____   6-20-01_____
Signature                                            Date

44890

# CONSENT FORM

I, *(printed name)* WiLLiAMS, CRySTAL , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6-20-01
Signature                                Date

44890

# CONSENT FORM

I, *(printed name)* _Gladys Williams_ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_Gladys Williams_
Signature

_6/21/01_
Date

44890

## CONSENT FORM

I, *(printed name)* LOUVENIA F WILLIAMS, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          6/20/01
Signature                                            Date

44890

# CONSENT FORM

I, *(printed name)* __Willa Williamson__ , am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

__Willa Williamson__                         __6·20·01__
Signature                                        Date

44890

## CONSENT FORM

I, (printed name) *BERNETTA WINSTON*, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____
Signature                                         Date

44890

## CONSENT FORM

I, *(printed name)* Susan L. Wissing_____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases.  I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.


_Susan L. Wissing_____      6/25/01_____
Signature                            Date


44890

## CONSENT FORM

I, *(printed name)* Patricia A. Worel, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____        _____
Signature                                                      Date   6/21/01

44890

## CONSENT FORM

I, *(printed name)* Laurie A. Ziolko _____, am a current or former employee

of Cook County Hospital ("CCH"). I believe I am entitled to additional wages for hours I have

worked in excess of forty hours per week, and/or for differentials and/or step increases. I wish to

be included as a party in the pay claims being asserted by current and former CCH employees

against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. and

Peticolas, Shapleigh, Brandys & Kern, P.L.L.C. or such other representatives as they may

designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act

and/or the Illinois Wage Payment and Collection Act.

_____          _____
Signature                                      Date

6/20/01

44890

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

01C 6119

## I (a) PLAINTIFFS

Maria Belbis and Tina Warren, individually and on behalf of a class of employees, similarly situated, and Maria Belbis, Tina Warren, Tiffany Taylor, Dorothea Purnell, Sheryl Nella, and all others

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)
who have had a consent to join filed in this case as to Count III,

## DEFENDANTS

County of Cook JUDGE JOHN W DARRAH

MAGISTRATE JUDGE DENLOW

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Michael Childress/Childress & Zdeb, Ltd.
6 W. Hubbard Street, 5th Floor
Chicago, IL 60610
(312) 494-0200

ATTORNEYS (IF KNOWN)

DOCKETED
AUG 1 0 2001

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Violation of FLSA, 29 U.S.C.A. s 201 et seq

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. REMARKS
In response to ☒ is not a refiling of a previously dismissed action
General Rule **2.21 D(2)** this case ☐ is a refiling of case number _____ of Judge _____

DATE 8/9/01

SIGNATURE OF ATTORNEY OF RECORD
Michael Childress



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

**DOCKETED**
AUG 1 0 2001

01C 6119

In the Matter of

MARIA BELBIS and TINA WARREN, et al.

v.

COUNTY OF COOK

Case Number:

JUDGE JOHN W DARRAH

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Maria Belbis and Tina Warren, and all plaintiffs

| (A) | (B) |
|---|---|
| SIGNATURE *Michael Childress* | SIGNATURE |
| NAME Michael Childress | NAME |
| FIRM Childress & Zdeb, Ltd. | FIRM |
| STREET ADDRESS Six West Hubbard Street, 5th Floor | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, IL 60610 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 494-0200 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6180488 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ✔   NO | MEMBER OF TRIAL BAR?   YES   NO ✔ |
| TRIAL ATTORNEY?   YES ✔   NO | TRIAL ATTORNEY?   YES   NO ✔ |
|  | DESIGNATED AS LOCAL COUNSEL?   YES   NO |
| (C) | (D) |
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES   NO | MEMBER OF TRIAL BAR?   YES   NO |
| TRIAL ATTORNEY?   YES   NO | TRIAL ATTORNEY?   YES   NO |
| DESIGNATED AS LOCAL COUNSEL?   YES   NO | DESIGNATED AS LOCAL COUNSEL?   YES   NO |