IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

| | |
|---|---|
| MARIA BELBIS and TINA WARREN, individually, and on behalf of a class of employees, similarly situated, and MARIA BELBIS, TINA WARREN, TIFFANY TAYLOR, DOROTHEA PURNELL, SHERLY NELLA, and all others who have had a consent to join filed in this case,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF COOK,<br><br>Defendant. | APR 2 - 2003<br><br>JUDGE JOHN W. DARRAH<br>UNITED STATES DISTRICT COURT<br><br>No. 01 C 6119<br><br>Judge Darrah<br><br>Trial by Jury Demanded<br><br>DOCKETED<br>APR 11 2003 |

## NOTICE OF FILING

TO: Louis R. Hegeman
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602

PLEASE TAKE NOTICE that on the 2nd day of April, 2003, we filed with the Clerk of the United States District Court for the Northern District the attached **ORDER APPROVING CLASS SETTLEMENT, AWARDING ATTORNEYS' FEES AND COSTS, DISMISSING ALL COUNTS WITH PREJUDICE, AND DIRECTING ENTRY OF FINAL JUDGMENT** in the above referenced matter.

By: _____
Roy R. Brandys

Childress & Zdeb, Ltd.
6 West Hubbard Street, 5th Floor
Chicago, IL 60610
(312) 494-0200
Attorney for Plaintiffs

## PROOF OF SERVICE

I, ~~Roy R. Brandys~~ Tisha Delgado, hereby certify that a true and correct copy of the foregoing instrument was served upon counsel listed above via hand delivery on this the 2nd day of April, 2003.

_____
Tisha Delgado

100