# United States District Court
## Northern District of Illinois
### Eastern Division



DOCKETED
APR 1 1 2003

MARIA BELBIS

v.

COUNTY OF COOK

JUDGMENT IN A CIVIL CASE

Case Number: 01 C 6119

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that a order is entered approving class settlement, awarding attorneys' fees and costs, dismissing all counts with prejudice, and directing entry of final judgment. It is therefore ordered, adjudged, and decreed that the proposed settlement in this case is approved as set forth above and that all counts of this lawsuit are dismissed with prejudice and with each party to bear its own costs.

Michael W. Dobbins, Clerk of Court

Date: 4/9/2003

Linda Garth, Deputy Clerk